**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 07-cr-20081-BLOOM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARLI VELAZQUEZ-ARMAS,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon Defendant Darli Velazquez-Armas's ("Defendant") Motion for Modification of Sentence under 18 U.S.C. § 3582(c)(2) Pursuant to Amendment 782. ECF No. [190] ("Motion"). The Motion seeks a sentence modification, arguing that the Court failed to consider Defendant's acceptance of responsibility and his cooperation with the Government when it imposed his original sentence. The Motion appears to be raising a collateral attack to Defendant's sentence, although Defendant has previously filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255, Case No. 10-cv-22171. *See* ECF Nos. [172] & [174]. As this Motion would constitute a successive § 2255 petition, this Court is without jurisdiction to address the issues raised. *See* 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant *shall move in the appropriate court of appeals* for an order authorizing the district court to consider the application." (emphasis added)). To date, the Court of Appeals for the Eleventh Circuit has not granted Defendant authorization to file a successive § 2255 petition.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [190]**, is **DENIED**.

Case No. 07-cr-20081-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 28, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Darli Valazquez-Armas
78371-004
Pollock FCI
Inmate Mail/Parcels
Post Office Box 4050
Pollock, LA 71467